UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO DEROBLES, | ) | 1:07-cv-00177-AWI-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION TO |
| | ) | SUPPLEMENT PETITION (Doc. 4) |
| v. | ) | |
| | ) | |
| DENNIS SMITH, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 1, 2007, Petitioner filed the instant petition. On April 26, 2007, Petitioner filed a motion to amend and supplemental pleadings. (Doc. 4). In that motion, Petitioner attaches various documents he wishes to have supplement the petition. Although the Court has already ordered Respondent to file an answer on January 8, 2008 (Doc. 5), the Court sees no impediment to granting Petitioner's request to include these additional documents in the petition.

Petitioner, however, then asks leave to file an amended and supplemental pleading "setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented." (Doc. 4, p. 3). Immediately thereafter, Petitioner requests that "this Court permit this supplemental pleading, with the attached new exhibit's, for determination" of his petition. (Id.)(Emphasis supplied).  The two sentences are almost directly contradictory. In the first, Petitioners asks leave to file a new and amended pleading, presumably at some future date. In the second, he implies that the amendments and supplements he is seeking are already contained in the

1  motion filed on April 26, 2007.  The Court will therefore construe the motion as a simple request to
2  include in the petition the documents and allegations contained in the motion itself.  If Petitioner is
3  indeed seeking to file a new and amended petition at some future date, he must present that request
4  in a subsequent motion to amend.
5      Accordingly, the Court HEREBY ORDERS that Petitioner's motion to amend and
6  supplement the petition dated April 26, 2007 (Doc. 4) is GRANTED.  The documents and
7  allegations contained in the April 26, 2007 motion are considered to supplement the petition filed on
8  February 1, 2007.

11 IT IS SO ORDERED.
12 Dated:   **February 13, 2008**                                              **/s/ Theresa A. Goldner**
                                                                                UNITED STATES MAGISTRATE JUDGE