UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO DEROBLES,<br><br>       Petitioner,<br><br>  vs.<br><br>DENNIS SMITH, et al.,<br><br>       Respondents.<br>_____/ | 1:07-cv-0177 AWI TAG (HC)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME<br><br>(Doc. 10) |

On March 10, 2008, Respondent filed a request for a one-week extension of time to file his answer to Petitioner's petition for writ of habeas corpus. (Doc. 10). The Court has considered Respondent's request, finds that good cause exists to grant it, and makes the following order:

    1. Respondent's request for an extension of time to file an answer is GRANTED (Doc. 10);

    2. Respondent shall have to and including March 17, 2008 to file an answer.

IT IS SO ORDERED.

Dated: **March 10, 2008**　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE