IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO DeROBLES,

    Petitioner,

  v.

DENNIS SMITH,

    Respondent.
                                  /

No. C 07-00177 CW

ORDER DENYING WITHOUT PREJUDICE PETITION FOR WRIT OF HABEAS CORPUS

On November 25, 2008, an Order Reassigning Case to Visiting Judge was issued and sent to Petitioner at his last address on record with the Court. On December 15, 2008, the Order was returned by the U. S. Postal Service as "Undeliverable, Not At This Facility." Pursuant to Local Rule 83-183(b), Eastern District of California,

> "Address Changes. A party, appearing <u>in propria persona</u> shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff <u>in propria persona</u> by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties withing sixty (60) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

Sixty days has passed, and Petitioner has not notified the Court of any change of address. Accordingly,

IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus is denied without prejudice for failure to prosecute.

Dated: 2/25/09

_____
CLAUDIA WILKEN
United States District Judge